**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| JAMES W. MILLER | | PLAINTIFF |
| V. | 5:05CV00348 SWW/JTR | |
| SUSAN POTTS,<br>Administrator, Drew County Jail | | DEFENDANT |

**ORDER**

Plaintiff, who is currently incarcerated at the Drew County Detention Center, has filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging that Drew County Jail Administrator Susan Potts violated his constitutional rights by denying his requests for medical treatment of an infected stab wound. *See* docket entry #2. On January 12, 2005, Defendant Potts timely filed an Answer to the Complaint. *See* docket entry #7.

The parties have not consented to proceed before a United States Magistrate Judge, and Plaintiff has requested a jury trial. *See* docket entry #5. Accordingly, the Court will give the parties 90 days to complete discovery and 120 days to file any dispositive motions. At the conclusion of that time period, the Court will, if necessary, notify the Honorable Susan Webber Wright, United States District Judge, that his case is ready to be set on her docket for a jury trial.

IT IS THEREFORE ORDERED THAT the parties have until **April 19, 2006**, to complete discovery and until **May 19, 2006**, to file any dispositive motions.

Dated this 18th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE