IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. MILLER
ADC # 105303                                                                                          PLAINTIFF

V.                                        5:05CV00348 SWW/JTR

SUSAN POTTS,
Administrator, Drew County Jail                                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant's Motion for Summary Judgment (docket entry #17) is GRANTED, and that this case is DISMISSED, WITH PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 11th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE