# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES W. MILLER
ADC # 105303                                                                                                    PLAINTIFF

V.                                          5:05CV00348 SWW/JTR

SUSAN POTTS,
Administrator, Drew County Jail                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendant on all claims set forth in this action. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 11th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE